UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALEXANDER M. DAISLEY,**

        **Plaintiff,**

        **v.**

**RIGGS BANK, N.A., et al.,**

        **Defendants.**

**Civil Action 03-01820  (HHK)**

## ORDER

For the reasons stated in the court's memorandum opinion docketed this same day, it is this 31st day of May, 2005, hereby

**ORDERED** that federal defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED**, that bank defendants' motion to dismiss is **DENIED** with respect to plaintiff's claims for fraud, and for breach of contract regarding 'enhanced compensation' only, and is otherwise **GRANTED**.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge

Dockets.Justia.com