**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **ALEXANDER M. DAISLEY,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**RIGGS BANK, N.A., et al.,**<br><br>      **Defendants.** |

**Civil Action 03-01820  (HHK)**

**ORDER**

For the reasons stated in the court's memorandum opinion docketed this same

day, it is this 31st day of May, 2005, hereby

**ORDERED** that federal defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED**, that bank defendants' motion to dismiss is **DENIED** with respect to

plaintiff's claims for fraud, and for breach of contract regarding 'enhanced compensation' only,

and is otherwise **GRANTED**.


                        Henry H. Kennedy, Jr.
                        United States District Judge